IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JERRY J. COX, | 4:17-cv-363-JEG-HCA |
| Plaintiff, | |
| vs. | |
| DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION d/b/a CANADIAN PACIFIC, | ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |
| Defendant. | |

The parties report they have settled this case. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by **August 27, 2018**. If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated this 26th day of July, 2018.

_____
Helen C. Adams
Chief U.S. Magistrate Judge