# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| JERRY J. COX,<br>   Plaintiff,<br><br>vs.<br><br>DAKOTA, MINNESOTA & EASTERN<br>RAILROAD CORPORATION, d/b/a<br>CANADIAN PACIFIC,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17-cv-00363-JEG-HCA |

## STIPULATION TO DISMISS

Plaintiff, Jerry J. Cox, and Defendant Dakota, Minnesota & Eastern Railroad Corp., as evidenced by the signatures of their respective counsel below, stipulate that all matters at issue between them have been fully settled and compromised and that this case should be dismissed with prejudice with each party to bear its own fees and costs.

Dated this 27th day of August, 2018.

Respectfully submitted,

BRENT COON & ASSOCIATES, PC

By: _____
James L. Cox, Jr.
Brent Coon & Associates, PC
3801 E. Florida Ave., Suite 905
Denver, CO 80210-2500
Telephone: (303) 756-3243
Facsimile: (303 756-3595
jim.cox@bcoonlaw.com

Kevin L. Halligan
Bush, Motto, Creen, Koury &
 Halligan, PLC
5505 Victoria Ave., Ste. 100
Davenport, IA 52807
Telephone: (563) 344-4900
klhalligan@bmcklaw.com

**Attorneys for Plaintiff Jerry J. Cox**

Respectfully submitted,

FLETCHER & SIPPEL LLC

By: _____
James D. Helenhouse
Stephen J. Rynn
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 800
Chicago, IL 60606-3208
Telephone: (312) 252-1500
Facsimile: (312) 252-2400
jehelenhouse@fletcher-sippel.com

**Attorneys for Defendant Dakota,
Minnesota & Eastern Railroad
Corporation**